EFTHIMIOS MARIAKAKIS AND VIRGINIA MARIAKAKIS v. S. D. JENNINGS, R. G. HANCOCK AND L. J. PHIPPS, TRUSTEE.

(Filed 4 June, 1958.)

**Injunctions § 8—**

>  Where the findings of fact of the court establishing the primary equity are supported by evidence, and defendants are fully protected by the provisions of the order continuing the injunction, and harm might result to plaintiffs from dissolution, order continuing the temporary restraining order to the final hearing will be affirmed.

APPEAL by defendants Jennings and Hancock from *Carr, J.,* in Chambers, Graham, N. C., April 5, 1958, of ORANGE.

Civil action to restrain defendants from exercising power of sale in a second deed of trust conveying real property as security for a certain note executed by one J. C. Parsons,—subject to which plaintiffs purchased the property.

A temporary restraining order was issued by *Hobgood, J.,* with order to show cause before *Carr, J.,* why same should not be continued to final determination of the action.

Upon hearing on verified pleadings, treated as affidavits, and other affidavits filed, *Carr, J.,* made findings of fact tending to show issues raised as to whether defendants may lawfully declare payment of the note in default, and concluded "that under the facts and circumstances shown by the evidence in this case it would be harsh, unjust, oppressive and inequitable for defendants to proceed with the foreclosure," and thereupon ordered that the temporary order of injunction be continued to final hearing on the issues raised in the pleadings and the evidence in the case, subject to right of defendants to move to have the restraining order vacated, if the installments of interest as required by the note held by defendants are not paid according to terms of the note as they fall due, and requiring bond in the amount of $1,000.00 to indemnify defendants from damages that they may sustain, if upon final hearing the issues be determined against plaintiffs.

Defendants Jennings and Hancock except thereto, and appeal to Supreme Court and assign error.

*Henry A. Whitfield for plaintiff, appellees.*
*William S. Stewart for defendant, appellants.*

PER CURIAM. It appearing from the record (1) that the findings of fact made by the judge, who heard the case, are supported by evidence; (2) that defendants are fully protected by the provisions of the order continuing injunction, hence no harm can come to defendants, and (3) that harm can come to plaintiffs by foreclosure sale; this Court holds that the order from which appeal is taken should be, and is

Affirmed.